UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THOMAS H. GODES and SHEILA R. GODES, individually,<br><br>PLAINTIFFS,<br><br>V.<br><br>SKIPPERLINER INDUSTRIES, INC., A WISCONSIN CORPORATION, a/k/a and d/b/a SKIPPERLINER,<br><br>DEFENDANT. | CIVIL NO. 07-4277 (ADM/AJB)<br><br><br><br>**ORDER** |

---

Clay Naughton Michael T. Moore, and Scott Wagner (pro hac vice), Moore & Company, 355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134;

George E. Warner, Jr. and Saul A. Bernick**,** Bernick, Lifson, Greenstein, Greene & Liszt, PA, 5500 Wayzata Blvd, Ste 1200, Minneapolis MN 55416 (for Plaintiffs).

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan, dated September 10, 2010, with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant Skipperliner Industries, Inc. is held in contempt of court; and

2. Plaintiffs Thomas and Sheila Godes are awarded damages in the amount of $650,000.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2010                             s/Ann D. Montgomery
                                                                         Ann D. Montgomery
                                                                           United States District Court Judge